**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DOMINICK D. DIPAOLO, | : | No. 274 WAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TIMES PUBLISHING COMPANY, D/B/A | : | |
| ERIE TIMES NEWS, CYBERINK, LP, | : | |
| D/B/A GOERIE.COM, LISA THOMPSON, | : | |
| EDWARD PALATELLA JR., AND | : | |
| MICHAEL MACIAG, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.